UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-60081-WJZ

BPI SPORTS, LLC, a Florida limited
liability company,

        Plaintiff,

v.

YUP BRANDS, LLC, a Nevada limited
liability company,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own attorneys' fees and expenses. A proposed final order of dismissal agreed to by the parties is attached hereto.

Dated: August 12, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Dione Carroll | /s/ John C. Carey |
| Dione Carroll | John C. Carey / Florida Bar No. 78379 |
| CARROLL LAW OFFICES, P.A. | jcarey@careyrodriguez.com |
| 135 Chesterfield St. S. | Frank S. Hedin / Florida Bar No. 109698 |
| Aiken, SC 29801 | fhedin@careyrodriguez.com |
| (803) 514-2557 | CAREY RODRIGUEZ |
| dione@carroll-law-offices.com | MILIAN GONYA, LLP |
| | 1395 Brickell Avenue, Suite 700 |
| Travis Tunnell | Miami, Florida 33131 |
| ANDERSON DAILEY LLP | Telephone: (305) 372-7474 |
| 2002 Summit Boulevard | Facsimile: (305) 372-7475 |
| Suite 1250 | |
| Atlanta, GA 30319 | Cary A. Lubetsky / Florida Bar No. 961360 |
| (404) 442-1800 | cal@khllaw.com |
| tunnel@andersondailey.com | KRINZMAN, HUSS & LUBETSKY, LLP |
| | 800 Brickell Avenue, Suite 1501 |
| *Counsel for YUP Brands, LLC* | Miami, Florida 33131 |
| | Telephone: (305) 854-9700 |
| | Facsimile: (305) 854-0508 |
| | |
| | *Counsel for BPI Sports, LLC* |